Cemetery Gardens, Inc., Respondent, *v.* Globe Indemnity Company, Appellant.

(Argued October 22, 1931; decided November 17, 1931.)

622

*Asa B. Kellogg* for appellant.

*David Goldstein* and *Thomas G. Frost* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.